IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUENDA L. SELBY,

    Plaintiff,

v.                                                                No. 22-cv-0307 CG/SMV

21ST CENTURY INSURANCE COMPANY,[1]

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    June 2, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **June 2, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    IT IS SO ORDERED.

                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**

---

[1] Defendant states that its correct name is "21st Century Centennial Insurance Company." [Doc. 1] at 1.